IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RHONDA DUBLAK,

    Plaintiff,

v.                                    CASE NO. 5:10cv14-RH/CJK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING THE DENIAL OF BENEFITS

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 29. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for

disability benefits is AFFIRMED.  The clerk must enter judgment and close the file.

    SO ORDERED on August 2, 2011.

                                       s/Robert L. Hinkle
                                       United States District Judge